UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MYRA BEARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-0588-DFH-TAB |
| | ) | |
| SCOTT EARLYWINE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation. Counsel were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation.

Accordingly, Defendant Conestoga Title Insurance Company's motion for judgment on the pleadings [Docket No. 61] is DENIED.

ALL OF WHICH IS ORDERED THIS 23rd day of October, 2006.

David F. Hamilton, Judge
United States District Court
Southern District of Indiana

Copies to:

Jeffrey Martin Bellamy
THRASHER BUSCHMAN GRIFFITH & VOELKEL
bellamy@indiana-attorneys.com

Gregory H. Coleman
CLARK COLEMAN & FREEMAN
ccfnattys@aol.com

James A Goodin Jr.
GOODIN ABERNATHY & MILLER
jgoodin@gamlawyers.com

Lia R. Lukaart
GOODIN ABERNATHY & MILLER
llukaart@gamlawyers.com

Barbara Malone
barbara_malone@sbcglobal.net

Antolin J. Reiber
indylaw2000@yahoo.com